IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **STEPHEN J. HOLMES, ESQ.** * | Case No.: 93-3332 (MD)(1) |
| **Special Administrator** * | Case No.: MDL-875 (PAE) |
| **of the Estate of** * | |
| **JOHN A. CHESLEY** * | |
| **5905 Harford Road** * | |
| **Baltimore, Maryland 21214** * | |
| * | |
| **and** * | |
| * | |
| **BERNARD T. CLARK** * | |
| **Personal Representative of the Estate of** * | |
| **JOYCE  CHESLEY, Then Surviving Spouse** | |
| **of JOHN A. CHESLEY** * | |
| **11 N. Athol Avenue** * | |
| **Baltimore, Maryland 21229-2857** * | |
| * | |
| **Plaintiffs** * | |
| * | |
| **v.** * | |
| * | |
| **A C and S, INC.,***et al* * | |
| * | |
|      **Defendants** * | |
| * * * * * * * * * * * * * * * * | |

## CERTIFICATE OF SERVICE

I hereby certify that on the_____ day of _____, 2006, a copy of the foregoing

Amended Complaint, Motion for Leave to Amend and for Substitution of Parties and Inclusion of

Wrongful Death Claim and Order, which were electronically filed in this case on January 4, 2006

were mailed, via first class postage prepaid, to:

| | | |
|---|---|---|
| Jeremy W. North, Esq. | John S. Cobb, Esq. | Margaret Fonshell Ward, Esq. |
| North & Cobb | North & Cobb | Semmes, Bowen and Semmes |
| 7313 York Road | 7313 York Road | 401 Washington Avenue |
| Towson, MD 21204-7617 | Towson, MD 21204-7617 | Towson, MD 21204 |
| Gerry Tostanoski, Esq. | R. Thomas Radcliffe, Esq. | Morton A. Sacks, Esq. |

| | | |
|---|---|---|
| Tydings & Rosenberg<br>100 E. Pratt Street<br>Baltimore, Maryland 21202 | Church & Houff, P.A.<br>2 N. Charles Street<br>Baltimore, Maryland 21201 | 303 Viewing Avenue<br>Linthicum, Maryland 21090 |

Robert P. Schlenger, Esq.
Lord & Whip
Charles Center South
Baltimore, Maryland 21201

/s/ Kathleen M. Brown
KATHLEEN M. BROWN
Bar No.: 26551
Law Offices of Peter G. Angelos
A Professional Corporation
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200

ATTORNEY FOR PLAINTIFF

Case 1:93-cv-03332    Document 30-4    Filed 01/05/2006    Page 3 of 3