IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **STEPHEN J. HOLMES, ESQ.** | * Case No.: 93-3332 (MD)(1) |
| **Special Administrator** | * Case No.: MDL-875 (PAE) |
| **of the Estate of** | * |
| **JOHN A. CHESLEY** | * |
| **5905 Harford Road** | * |
| **Baltimore, Maryland 21214** | * |
| | * |
| and | * |
| | * |
| **BERNARD T. CLARK** | * |
| **Personal Representative of the Estate of** | * |
| **JOYCE CHESLEY, Then Surviving Spouse** | |
| **of JOHN A. CHESLEY** | * |
| **11 N. Athol Avenue** | * |
| **Baltimore, Maryland 21229-2857** | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | * |
| | * |
| A C and S, INC.,*et al*    * | |
| | * |
| Defendants | * |

* * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2006, a copy of the foregoing Amended Complaint, Motion for Leave to Amend and for Substitution of Parties and Inclusion of Wrongful Death Claim and Order, was served by electronic submission via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to:

David F. Albright, Sr., Esq.; Thomas L. Crowe, Esq.; Benjamin F. David, Esq.; Gardner M. Duvall, Esq.; John B. Ibister, Esq.; Robert D. Klein, Esq.; Sidney G. Leech, Esq.; Thomas F. McDonough,

1

Esq.; John J. Nagle, III, Esq.; Deborah L. Robinson, Esq.; Keith R. Truffer, Esq. and James P. Ulwick, Esq.

        /s/ Kathleen M. Brown  
        KATHLEEN M. BROWN  
        Bar No.: 26551  
        Law Offices of Peter G. Angelos  
        A Professional Corporation  
        5905 Harford Road  
        Baltimore, Maryland 21214  
        (410) 426-3200

        ATTORNEY FOR PLAINTIFF