ED-PA            MDL-875

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN J. HOLMES, ESQ., <br> Special Administrator of the Estate of <br> JOHN A. CHESLEY <br> and <br><br> BERNARD T. CLARK, <br> Personal Representative of the Estate of <br> JOYCE CHESLEY <br><br> Plaintiffs <br><br> v. <br><br> A C and S, INC., et al., <br><br> Defendants | 93-3332 <br> * Case No.: ~~93-3023~~ (MD)(1) <br> * Case No. : MDL-875 (PAE) |

# ORDER

1. On Motion of Stephen J. Holmes, Esq. for substitution in place of John A. Chesley, deceased, it appearing to the Court that the said John A. Chesley died intestate on January 5, 2003, that the claim asserted by him in this action was not thereby extinguished; and that Stephen J. Holmes, Esq. has been appointed as Special Administrator of the Estate of John A. Chesley and is qualified to act as such..

2.. On Motion of Bernard T. Clark, Personal Representative of the Estate of Joyce Chesley, Plaintiff and then-surviving spouse of John A. Chesley, deceased, for the addition of her wrongful death claim, it appearing to the Court that the said John A. Chesley died on January 5, 2003; that Joyce Chesley and John A. Chesley were husband and wife at the time of his death.


SCANNED

**IT IS ORDERED,** that Stephen J. Holmes, Esq. Special Administrator of the Estate of John A. Chesley, be substituted as Plaintiff herein in place of John A. Chesley, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Bernard T. Clark, Personal Representative of the Estate of Joyce Chesley, then-surviving spouse of John A. Chesley, be permitted to add her wrongful death claim to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
James T. Giles

DATE: 1/12/2006